Entered: December 9, 2020
Signed: December 9, 2020

**SO ORDERED**

1:20cv764
FILED
SCRANTON
MAR 15 2021

PER _Amy_
DEPUTY CLERK



*Michelle M. Harner*
MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard B Warble | Social Security number or ITIN   xxx-xx-1187 |
| | First Name   Middle Name   Last Name | EIN   __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __-_____ |
| United States Bankruptcy Court   District of Maryland | | |
| Case number:   20-18017 MMH     Chapter: 7 | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:
   Richard B Warble

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                   Order of Discharge                        page 1

Debtor 1  **Richard B Warble**                                Case number (if known)  **20-18017**

### 4.17 JPMCB Card Services
Nonpriority Creditor's Name
PO Box 15369
Wilmington, DE 19850
Number Street City State Zip Code

Last 4 digits of account number  **5739**                    **$4,031.00**

When was the debt incurred?  **2016**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card**

### 4.18 Kenneth Millman
Nonpriority Creditor's Name
Leisawitz Heller Abramowich Phillips, PC
2755 Century Blvd
Reading, PA 19610
Number Street City State Zip Code

Last 4 digits of account number                              **Unknown**

When was the debt incurred?

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Law Suit**

*[Handwritten annotation: CASE 1:20-cv-00764-JPW PLAINTIFFS: Scott Speicher, Colleen Steffan]*

### 4.19 M&T Bank
Nonpriority Creditor's Name
M&T Bank Legal Document Processing
P.O. Box 844
Buffalo, NY 14240-0844
Number Street City State Zip Code

Last 4 digits of account number  **1642**                    **$11,405.00**

When was the debt incurred?  **2018**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card**



R. Warble
101 Woodlawn Dr
Fll MD

ATTENTION: Office of the Clerk
United States District Court
Middle District Court of Pennsylvania
William J. Nealson Federal Building
235 North Washington Ave.
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON
MAR 15 2021
PER _____
DEPUTY CLERK 18501-5001

7020 0090 0735 2000 0443