

# FANELLI, EVANS & PATEL, P.C.
## - ATTORNEYS -

<u>kmillman@feplawyers.com</u>　　　　　　　　　　　　　　　　　　　　**KENNETH MILLMAN**

October 14, 2021

The Honorable Jennifer P. Wilson
United States District Court for the Middle District of Pennsylvania

>　　Re:　*Scott Speicher and Colleen Steffan v. Chance Rides Manufacturing, Inc., Deggeller Attractions, Inc. and Richard Warble*
>　　　　　*Docket No.: 1:20-CV-00764-JPW*

Dear Judge Wilson:

　　As Your Honor may recall, I represent Plaintiffs, Colleen Steffan and Scott Speicher, in the above-referenced matter. Michael Corcoran represents Deggeller Attractions, Inc. and George Vokolos represents Chances Rides Manufacturing, Inc. Richard Warble is unrepresented and has not participated in this litigation other than to provide a deposition.

　　Counsel is pleased to report that a private mediation has been scheduled for November 3, 2021. In reviewing the Case Management Order, November 3, 2021 is also the date on which Motions in Limine and supporting Briefs are due. In order to allow counsel to devote our full attention to attempting to resolve this case at the mediation, Attorney Vokolos and Attorney Corcoran join me in respectfully requesting that the due date for the filing of Motions in Limine and supporting Briefs be continued for two (2) weeks to November 17, 2021. Please advise us if Your Honor is willing to accommodate this joint request as soon as possible.

　　Shortly after the mediation is held, we will advise Your Honor whether it was successful in resolving this case. In the meantime, please do not hesitate to contact me and/or counsel with any questions or concerns. Best regards.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth Millman*
　　　　　　　　　　　　　　　　　　　　　KENNETH MILLMAN

KM/nf
cc:　Michael Corcoran
　　　George Vokolos

**867 Berkshire Boulevard, Suite 103, Wyomissing, PA  19610**
**Phone (484) 869-2113   \*   Fax: (484) 709-2456**