

# FANELLI, EVANS & PATEL, P.C.
## - ATTORNEYS -

kmillman@feplawyers.com                              **KENNETH MILLMAN**

November 8, 2021

**VIA EMAIL ONLY:** judge_wilson@pamd.uscourts.gov
The Honorable Jennifer P. Wilson
United States Middle District of Pennsylvania

Re:    ***Scott Speicher and Colleen Steffan v. Chance Rides Manufacturing, Inc., Deggeller Attractions, Inc. and Richard Warble***
        ***Middle District of Pennsylvania Docket No.: 20-CV-00764-JPW***

Dear Judge Wilson:

    As Your Honor may recall, a mediation was held last week with regards to the above-referenced matter. I am pleased to report that a settlement of all claims has been reached. The parties are still in the process of finalizing the settlement. As such, I respectfully request that the case remain pending until all settlement agreements have been executed and all payments have been made. I will happily inform the Court of the same when that occurs. In the meantime, it is respectfully requested that this case be removed from Your Honor's trial list.

    If you have any questions or concerns, please do not hesitate to contact me. Best regards.

Very truly yours,

KENNETH MILLMAN

KM/nf
cc:    George Vokolos, Esquire
       Michael Corcoran, Esquire
       Dennis Marconi, Esquire

**867 Berkshire Boulevard, Suite 103, Wyomissing, PA 19610**
**Phone (484) 869-2113   *   Fax: (484) 709-2456**