# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT SPEICHER and COLLEEN STEFFAN, <br>                 Plaintiffs, <br><br> v. <br><br> CHANCE RIDES MANUFACTURING, INC.; DEGGELLER ATTRACTIONS, INC.; and RICHARD WARBLE. <br>                 Defendants. | : NO. 1:20-CV-00764 <br><br> : JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

Plaintiffs dismiss this action in its entirety with prejudice.

Respectfully submitted,

FANELLI, EVANS & PATEL, P.C.

*/s/ signature*

Kenneth Millman, Esquire
Attorney I.D. No. 75272
867 Berkshire Boulevard, Suite 103
Wyomissing, PA 19610
(484) *869-2113*
*Attorneys for Plaintiff*